IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
IN ADMIRALTY
Civil Action No. 2:11-cv-60

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE F/V CAROLINIAN | **ORDER DIRECTING APPROVAL OF SURETY AND ISSUANCE OF NOTICE TO CLAIMANTS ("MONITION")** |

A Complaint having been filed herein on October 26, 2011, by Tony D. Tillett and Carolinian Fishing Unlimited, Inc., who are owners, charterers or owners *pro hac vice* of the fishing vessel CAROLINIAN, (the "Vessel"), a 60 foot, 55 gross ton sport fishing vessel of United States registry, Official Number 1140075, claiming the benefit of limitation of liability as provided by the Revised Statutes of the United States and the various statutes supplementary to and amendatory thereof, for all losses, damages, injuries and death or destruction allegedly resulting from the casualty referred to in the foregoing Complaint which occurred on April 24, 2011 in the vicinity of Oregon Inlet, North Carolina; and the Plaintiffs having filed an amended *ad interim* stipulation for the value of the Vessel and her pending charter hire, which stipulation was given by a federally approved surety for the stated value of the Vessel, with security for interest and costs, all as required by the rules of the Court and the law;

NOW THEREFORE, upon Plaintiffs' motion, IT IS ORDERED that Plaintiffs' amended *ad interim* stipulation for value in the sum of Six Hundred Sixty Four Thousand Two Hundred Ninety-Nine and 36/100 Dollars ($664,299.36), filed on November 8, 2011, be accepted and approved as to quantum and form pending any motions as may be filed pursuant to Rule F(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"); and

IT IS FURTHER ORDERED that Plaintiffs' amended *ad interim* stipulation of security for costs in the sum of One Thousand and No/100 Dollars ($1,000.00) of November 8, 2011, is also accepted and approved as to quantum and form; and

IT IS FURTHER ORDERED that a notice issue out of and under the seal of this Court admonishing all persons asserting claims for any and all losses, damages, injuries or destruction allegedly resulting from or incident to the occurrences and happenings recited in the complaint to file their respective claims with the Clerk of this Court and serve them on Amanda G. Ray of Womble Carlyle Sandridge & Rice, LLP, attorneys for the Plaintiffs, at the address of 150 Fayetteville Street, Suite 2100, Post Office Box 831, Raleigh, North Carolina 27602, no later than **5 p.m. on February 4, 2012**, or else be defaulted.

IT IS FURTHER ORDERED, in accordance with Rule F(3) of the Supplemental Rules, that all claims or proceedings against the Plaintiffs or their property with respect to the matter in question in this limitation proceeding shall immediately cease.

IT IS FURTHER ORDERED THAT PLAINTIFFS are to publish this notice in *The Coastland Times* once a week for four successive weeks prior to the date fixed for the filing of claims;

AND THE PLAINTIFFS ARE ALSO ORDERED, not later than the day of second publication, to mail a copy of this notice to every person known to have made any claim against the Vessel or the Plaintiffs arising out of the voyage on which the claims sought to be limited arose.

This the 21st day of December, 2011.

_____
The Honorable Louise Flanagan
Judge Presiding