IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
IN ADMIRALTY

Civil Action No. 2:11-cv-00060-FL

IN THE MATTER OF THE COMPLAINT )
OF THE F/V CAROLINIAN ) **ORDER**

This matter came before the undersigned on Plaintiff's Motion to Dismiss its claims in this action.

It appearing that Plaintiffs have entered into a compromise settlement of the claim asserted by Steven D. Newkirk, and Plaintiffs are informed and believe that the other passengers and crew aboard the vessel CAROLINIAN as of the casualty giving rise to this action either sustained no injuries or else their injuries were of so minor a nature as to make a consensus of claims unnecessary, the Court finds that Plaintiffs' motion should be GRANTED.

The Complaint in this action is therefore DISMSSED WITHOUT PREJUDICE.

This the 25th day of January, 2012.

_____
Judge Presiding